UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DANIEL M. HARDEN,

    Plaintiff,

v.

AUTOVEST, L.L.C.,

    Defendant.
    _____/

File No. 1:15-cv-34

HON. ROBERT HOLMES BELL

**O R D E R**

In accordance with the Opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss the complaint (ECF No. 11) and motion for sanctions (ECF No. 16) are **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's motion for leave to file a reply in support of the motion for sanctions (ECF No. 19) is **DENIED**.


Dated: July 29, 2015                  /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE