UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DANIEL M. HARDEN for himself and a class

    Plaintiff                                    Case No.1:15-cv-00034

                                                   Hon. Robert Holmes Bell

V.

AUTOVEST, LLC

    Defendant

NOTICE OF SETTLEMENT

The parties have agreed to settle this action and expect to file a stipulation to dismiss within 14 days.

Dated December 5, 2016                             /s/ Michael O. Nelson
                                                                         Michael O. Nelson P23546
                                                                         Attorney for plaintiff
                                                                         1104 Fuller NE
                                                                         Grand Rapids, MI 49503
                                                                         (616) 559-2665
                                                                         Mike@mnelsonlaw.com